UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY A. RUSSO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) NO. 2:18-cv-00033 |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18) recommending that the Russo's Motion for Judgment on the Administrative Record (Doc. No. 14), to which the Commissioner responded (Doc. No. 16) in opposition, be granted and the Commissioner's decision be reversed. No timely objections have been filed to the Magistrate Judge's Report and Recommendation.

Upon *de novo* review in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED**, and Russo's Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED**. The Commissioner's decision is **REVERSED**. This case is hereby **REMANDED** for further administrative proceedings consistent with the Magistrate Judge's R&R.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE